FILED
IN CLERKS OFFICE

&AO 241
(Rev. 12/04)

Page 2

2007 FEB 20  P 2 45

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| **United States District Court** | District: Massachusetts DISTRICT OF MASS |  |
|---|---|---|
| Name (under which you were convicted): <br><br> Natale Cosenza |  | Docket or Case No.: |
| Place of Confinement : <br><br> MCI Cedar Junction - Walpole, Massachusetts | Prisoner No.: <br><br> W80500 |  |
| Petitioner (include the name under which you were convicted) |  | Respondent (authorized person having custody of petitioner) |
| Natale Cosenza | v. | John Marshall, Jr., Superintendent, MCI Cedar Junction |
| The Attorney General of the State of Massachusetts |  |  |

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Worcester County Superior Court, Worcester, Massachusetts


    (b) Criminal docket or case number (if you know):  WOCR 2000-00430

2.  (a) Date of the judgment of conviction (if you know):  6/28/2002

    (b) Date of sentencing:  7/3/2002

3.  Length of sentence:  12 to 20 years in prison

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
    1. Assault and Battery w/ Dangerous Weapon (MGL c. 265 Sec. 15A(b))
    2. Armed Burglary (MGL c. 266 Sec. 14)




6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty      ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty          ☐ (4)   Insanity plea

✎AO 241
(Rev. 12/04)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.   Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:    Massachusetts Appeals Court

(b) Docket or case number (if you know):    2005-P-0849

(c) Result:    conviction affirmed

(d) Date of result (if you know):    4/5/2006

(e) Citation to the case (if you know):    65 Mass. App. Ct. 1127 (2006)

(f) Grounds raised:

1. Trial Court deprived Petitioner of constitutional right to present a defense - expert on reliability of
eye-witness identification
2. IAC - Counsel failed to establish that shorts found at the crime scene that did not belong to the
petitioner, did not belong to any other lawful visitors and therefore must have been left by the real
perpetrator, who must have been someone other than the petitioner
3. Trial court improperly instructed jury that identification made from array is more reliable than show-up
identification where there was no show-up identification.
4. Trial court improperly denied petitioner's motion in limine to exclude prejudicial testimony

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court:    Supreme Judicial Court (Massachusetts)

(2) Docket or case number (if you know):    FAR 15450

(3) Result:
Denied

(4) Date of result (if you know):    6/7/2006

AO 241
(Rev 12/04)                                                                                    Page 4

(5) Citation to the case (if you know):          447 Mass. 1102 (2006)

(6) Grounds raised:
   1. Trial Court deprived Petitioner of constitutional right to present a defense - expert on
   reliability of eye-witness identification

(h) Did you file a petition for certiorari in the United States Supreme Court?          ☐ Yes     ☑ No

   If yes, answer the following:

   (1) Docket or case number (if you know):

   (2) Result:

   (3) Date of result (if you know):

   (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

   concerning this judgment of conviction in any state court?          ☑ Yes     ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

   (a)   (1) Name of court:          Worcester Superior Court

         (2) Docket or case number (if you know):          WOCR 2000-00430

         (3) Date of filing (if you know):          10/9/2003

         (4) Nature of the proceeding:          Motion for New Trial

         (5) Grounds raised:

            1. Trial Court deprived Petitioner of constitutional right to present a defense - expert on
            reliability of eye-witness identification
            2. IAC - Counsel failed to establish that shorts found at the crime scene that did not belong
            to the petitioner, did not belong to any other lawful visitors and therefore must have been left
            by the real perpetrator, who must have been someone other than the petitioner

         (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

         ☑ Yes     ☐ No

         (7) Result:     Denied

         (8) Date of result (if you know):          2/24/2005

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❒  Yes  ❒  No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏   Yes      ❏   No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:       ☑ Yes       ❏   No

(2) Second petition:   ❏   Yes       ❏   No

(3) Third petition:      ❏   Yes       ❏   No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:


12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
        laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
        supporting each ground.

        CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
        remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
        grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
The trial court deprived the Petitioner of his Sixth Amendment right to present relevant and exculpatory
evidence in support of his defense.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The trial judge denied the Petitioner's request to present the testimony of an expert on eye-witness identification
and his alternative request for a voir dire hearing to demonstrate the relevance of the expert's testimony, despite
the fact that a previous judge had granted funds for the expert, the case turned entirely upon the reliability of the
identification of the defendant by a single eye-witness, the identification was made under the most unreliable
circumstances imagineable (in the dark, having just awoken from sleep, during an attack which lasted only a few
seconds and in which the victim was shielding her face from the assailant's blows), and there were several
issues relevant to the reliability of the identification which are not a matter of "common sense" and therefore are
appropriate subjects of expert testimony, inlcuding the effects of stress on the reliability of an identification, the
phenomenon of unconscious transference, and the relationship between confidence and the accuracy of an
identification.


(b) If you did not exhaust your state remedies on Ground One, explain why:

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    New Trial Motion

Name and location of the court where the motion or petition was filed:
Worcester Superior Court, Worcester, Massachusetts

Docket or case number (if you know):    WOCR 2000-00430

Date of the court's decision:    2/24/2005

Result (attach a copy of the court's opinion or order, if available):
Denied

(3) Did you receive a hearing on your motion or petition?    ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Massachusetts Appeals Court, Boston, Massachusetts

Docket or case number (if you know):    2005-P-0849

Date of the court's decision:    4/5/2006

Result (attach a copy of the court's opinion or order, if available):
Conviction Affirmed; Order Denying New Trial Motion Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

✎AO 241
(Rev. 12/04)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:


**GROUND TWO:**


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):


(b) If you did not exhaust your state remedies on Ground Two, explain why:


(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?           ❒ Yes    ❒ No

(2) If you did not raise this issue in your direct appeal, explain why:


(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes    ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?               □ Yes    □ No

(4) Did you appeal from the denial of your motion or petition?          □ Yes    □ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   □ Yes    □ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :
        have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ❒ Yes ❒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❒ Yes ❒ No

(4) Did you appeal from the denial of your motion or petition? ❒ Yes ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❒ Yes ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Three:

### GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?          ❒  Yes      ❒  No

        (2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ❒    Yes      ❒  No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition:

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

| (3) Did you receive a hearing on your motion or petition? | ❐ Yes | ❐ No |
| (4) Did you appeal from the denial of your motion or petition? | ❐ Yes | ❐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ❐ Yes | ❐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)     Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:
No

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:

Michael Hussey, Committee for Public Counsel Services, 340 Main Street, Worcester, MA 01608

(b) At arraignment and plea:

Michael Hussey, Committee for Public Counsel Services, 340 Main Street, Worcester, MA 01608

(c) At trial:

Matthew Robinowitz, 35 Harvard Street, Worcester, MA 01609

(d) At sentencing:

Matthew Robinowitz, 35 Harvard Street, Worcester, MA 01609

(e) On appeal:

Chauncey B. Wood, 47 3rd Street, Suite 201, Cambridge, MA 02141

(f) In any post-conviction proceeding:

Chauncey B. Wood, 47 3rd Street, Suite 201, Cambridge, MA 02141

(g) On appeal from any ruling against you in a post-conviction proceeding:

Chauncey B. Wood, 47 3rd Street, Suite 201, Cambridge, MA 02141

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☑ Yes       ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

Norfolk County Superior Court, Dedham, Massachusetts

(b) Give the date the other sentence was imposed:        12/30/2002

(c) Give the length of the other sentence:        one to one and a half years

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☑ Yes       ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Case 1:07-cv-10316-JLT   Document 1   Filed 02/20/07   Page 14 of 15

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.  § 2244(d) provides in

part that:

- (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

    - (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    - (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    - (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    - (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 12/04)

    (2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

The Order denying the defendant's new trial motion should be vacated and a new trial ordered, or in the alternative, the denial of the defendant's motion for a voir dire should be reversed and an evidentiary hearing on this Petition should be granted

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____

[insert appropriate court]

* * * * *